| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Northern__ District of __California__ (State) |
| Case number (*If known*): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Formation Group (Cayman) Fund I, L.P.

2. **All other names debtor used in the last 8 years**  Formation Group SPV Offshore, L.P.
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  9 8 – 1 2 9 6 4 5 0

4. **Debtor's address**

   **Principal place of business**
   451  University Ave
   Number  Street

   Palo Alto  CA  94301
   City  State  ZIP Code

   Santa Clara County
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number  Street

   City  State  ZIP Code

5. **Debtor's website** (URL)  www.formationgroup.com

| Debtor | Formation Group (Cayman) Fund I, L.P. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☒ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | 5 2 3 9 |

| 8 | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11. *Check **all** that apply:* |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor  Formation Group (Cayman) Fund I, L.P.          Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____  When _____  Case number _____
                              MM / DD / YYYY
           District _____  When _____  Case number _____
                              MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No

    ☒ Yes. Debtor  Formation Group Fund I, L.P.      Relationship  Affiliate of Debtor
                   Formation Group GP Fund, LLC                    General Partner of Debtor
           District  Northern District of California   When  04/10/2022
                                                             MM / DD / YYYY
           Case number, if known  22-50302 and 22-50303

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street
                               _____
                               City                          State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name      _____
           Phone             _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3



Debtor  Formation Group (Cayman) Fund I, L.P.        Case number (if known) _____
        Name

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/21/2022
             MM / DD / YYYY

X _/s/ Rei Young Jang_____        Rei Young Jang_____
Signature of authorized representative of debtor        Printed name

Title  Managing Member of General Partner



| Debtor | Formation Group (Cayman) Fund I, L.P. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**   ✗   /s/ Ori Katz            Date  04/21/2022

Signature of attorney for debtor                                      MM / DD / YYYY

Ori Katz
Printed name

Sheppard, Mullin, Richter & Hampton LLP
Firm name

Four Embarcadero Center 17th Floor
Number        Street

San Francisco                                 CA            94111-4109
City                                          State         ZIP Code

415.434.9100                                  okatz@sheppardmullin.com
Contact phone                                 Email address

209561                                        California
Bar number                                    State

# FORMATION GROUP (CAYMAN) FUND I, L.P.

## Written Consent

The undersigned, Formation Group GP I, LLC, a Delaware limited liability company, the general partner (the "General Partner") of Formation Group (Cayman) Fund I, L.P., a Cayman limited partnership (the "Partnership"), hereby adopts for the Partnership in the foregoing capacity the following resolutions by written consent pursuant to the Second Amended and Restated Limited Partnership Agreement[1] (the "Partnership Agreement"):

VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF:

**WHEREAS**, the management of the Partnership and the General Partner's financial and legal advisors have provided to the General Partner of the Partnership certain materials regarding the liabilities and obligations of the Partnership, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Partnership's business, and the General Partner of the Partnership has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Partnership; and

**WHEREAS**, in the judgment of the General Partner of the Partnership, it is desirable and in the best interest of the Partnership, its interest holders, its creditors, and other parties in interest, that the Partnership file or cause to be filed a voluntary petition for relief (the "**Bankruptcy Petition**") under the provisions of chapter 11 of title 11 of the United States Code (as amended from time to time, the "**Bankruptcy Code**") for the Partnership and, in accordance with the requirements in the Partnership's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petition;

**NOW THEREFORE, BE IT RESOLVED**, that the filing of the Petition on behalf of the Partnership be, and the same hereby is, approved and adopted in all respects and that any officer of the Partnership or any other person designated and so authorized to act (each, an "Authorized Officer" and collectively, the "Authorized Officers") acting alone or together, be, and each is hereby authorized, empowered and directed on behalf of, and in the name of, the Partnership, (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**RESOLVED FURTHER**, that in connection with the foregoing, each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and/or sole responsibility for handling matters in the Bankruptcy Case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered, on behalf of and in the name of the Partnership to execute, verify and file with the Bankruptcy Court, or cause to be executed, verified and/or filed with the Bankruptcy Court (or direct others to do so on his behalf) all necessary documents, including, without limitation, the petitions, schedules, lists,

---

[1] The Partnership was formerly named Formation Group SPV Offshore, L.P.

SMRH:4892-4524-9293.1 -1-

Case: 22-50337    Doc# 1    Filed: 04/21/22    Entered: 04/21/22 22:11:16    Page 6 of 14

motions, applications and other papers and documents necessary or desirable in connection with the Bankruptcy Case and to take any and all other actions deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Partnership, the law firm of Sheppard Mullin Richter & Hampton LLP as bankruptcy counsel, to render legal services to, and to represent the Partnership in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Company, Andrew De Camara of Sherwood Partners, Inc. as the Company's Chief Restructuring Officer, to provide restructuring, management, and fiduciary services to the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized and empowered on behalf of, and in the name of, the Partnership to continue the employment and retention of professionals in the ordinary course and in the Bankruptcy Case to retain and employ other attorneys, accountants, and other professionals, including conflicts counsel, to assist in the Partnership's Bankruptcy Case on such terms as are deemed necessary, proper, or desirable;

**RESOLVED FURTHER**, that any and all actions taken by any of the Authorized Officers pursuant to the foregoing resolutions are hereby approved; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by officers or directors of the Partnership in the name of or on behalf of the Partnership in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

GENERAL PARTNER:

FORMATION GROUP I GP, LLC

a Delaware limited liability company

By: _____
Name: Rei Young Jang
Title: Managing Member

Date: April 21, 2022

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re     Formation Group (Cayman) Fund I, L.P.     Case No.     22-_____

Debtor(s)     Chapter     11

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following is the list of the equity security holders of the above-captioned debtor in possession as of the date hereof.

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| Drakesville Investments Limited<br>c/o The World-Wide Investment Co. Ltd.<br>Suites 1001-05, 10th Floor, Chater House, 8 Connaught Road Central,<br>Hong Kong | 8.16% | Member |
| Wisdom Treasure Holdings Inc.<br>Apt 1-902, No.7 Diaoyutai, South 2 Alley, Fucheng Road, Haidian,<br>Beijing China 100048 | 8.16% | Member |
| Fortune Bridge (China) Limited<br>SUITE 1708, ANHUI BUILDING, 6007 SHENNAN RD,<br>SHENZHEN, CH 518040 | 6.53% | Member |
| Yousu Hongkong Limited<br>Building 2, Huaxin Center, No.711 Yishan Road, Xuhui District,<br>Shanghai, China | 4.08% | Member |
| Perfect One Venture Limited<br>Unit 3305, Tower I, Lippo Center Admiralty, Central,<br>Hong Kong | 2.45% | Member |

| Name and Last Known Address of Equity Interest Holder | Percentage of Interest | Type of Equity Interest |
|---|---|---|
| CE Global Secondary Fund, LP<br>SUITE 4305-4308, 43RD FLOOR<br>TWO INTERNATIONAL FINANCE CENTRE<br>HONG KONG, HK | 8.16% | Member |
| Faircharm Global Limited<br>32F CITIC Tower, 1 Tim Mei Avenue<br>Central<br>Hong Kong | 8.16% | Member |
| AC LIMITED<br>Gate Precinct Buildings 5, Unit 607B,<br>Dubai International Financial Centre,<br>P.O. Box 116020<br>Dubai, U.A.E. | 12.25% | Member |
| Country Garden (Hong Kong) Development Company Limited<br>Country Garden Center,<br>1 Country Garden Road, Beijiao Town,<br>Shunde District, Foshan<br>Guangdong, 528312<br>P.R. China | 40.82% | Member |
| Eight Quarter Investments 2 LLC<br>707 Domingo Drive<br>San Gabriel, CA 91775 | 0.20% | Member |
| Formation Group GP I, LLC<br>451 University Ave<br>Palo Alto, CA 94301 | 1.00% | Member |

Date    April 21, 2022          Signature  _____

By: Rei Young Jang,
Managing Member, General Partner
of Debtor

SMRH:4878-3235-9449.4                    -2-

73VG-350107
Case: 22-50337    Doc# 1    Filed: 04/21/22    Entered: 04/21/22 22:11:16    Page 9 of 14

In re      Formation Group (Cayman) Fund I, L.P.                    Case No. _____

            Debtor(s)                                                Chapter     11


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer for the above-captioned debtor, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Country Garden (Hong Kong) Development Company Limited | 40.82% |
| AC Limited | 12.25% |

☐ None [*Check if applicable*]

Date    April 21, 2022          Signature   _____

                                            Name:  Rei Young Jang
                                            Title:  Managing Member of
                                            General Partner

# Creditor Mailing Matrix – Formation Group (Cayman) Fund, L.P.

AC LIMITED
Gate Precinct Buildings 5, Unit 607B
Dubai International Financial Centre
P.O. Box 116020
Dubai, U.A.E.


American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271


Anderson Tax LLC
333 Bush Street Suite 1700
San Francisco, CA 94104


CE Global Secondary Fund, LP
Suite 4305-4308, 43rd Floor
Two International Finance Centre
Hong Kong, HK


Country Garden (Hong Kong) Development Company
Limited Country Garden Center
1 Country Garden Road, Beijiao Town
Shunde District, Foshan
Guangdong, 528312
P.R. China


Drakesville Investments Limited
c/o The World-Wide Investment Co. Ltd.
Suites 1001-05, 10th Floor, Chater House
8 Connaught Road Central
Hong Kong


Eight Quarter Investments 2 LLC
707 Domingo Drive
San Gabriel, CA 91775

Faircharm Global Limited
32F CITIC Tower, 1
Tim Mei Avenue
Central  Hong Kong


Formation Group GP I, LLC
451 University Ave
Palo Alto, CA 94301


Formation Group Management, LLC
435 Tasso Street Suite 315
Palo Alto, CA 94301


Fortune Bridge (China) Limited
Suite 1708, Anhui Building
6007 Shennan Rd
Sehnzhen, China 510840


Frank, Rimerman + Co. LLP
One Embarcadero Center, Suite 2410
San Francisco, CA 94111


Kranz & Associates Holdings, LLC
20750 Ventura Blvd. Suite 300
Woodland Hills, CA 91364

Perfect One Venture Limited
Unit 3305, Tower I, Lippo Center
Admiralty, Central
Hong Kong


Yesco Holdings Co., Ltd. f/k/a Yesco, Inc.
20Fl., 92, Hangang-daero
Yongsan-gu  Seoul, Republic of Korea


Yousu Hongkong Limited
Building 2, Huaxin Center, No.711 Yishan
Road, Xuhui District
Shanghai, China

SMRH:4891-6923-3693.1

Wisdom Treasure Holdings Inc.
Apt 1-902, No.7 Diaoyutai, South 2 Alley
Fucheng Road, Haidian
Beijing China 100048

Fill in this information to identify the case and this filing:

Debtor Name: Formation Group GP I, LLC
United States Bankruptcy Court for the: Northern District of California
Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Amended* Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration — Corporate Ownership Statement Pursuant to Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure; List of Equity Holders; Creditor Mailing Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/21/2022
MM / DD / YYYY

X _/s/ signature_
Signature of individual signing on behalf of debtor

Rei Young Jang
Printed name

Managing Member of Formation Group Fund GP I, LLC, General Partner of Formation Group (Cayman) Fund I, L.P.
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors  
Case: 22-50337  Doc# 1  Filed: 04/21/22  Entered: 04/21/22 22:11:16  Page 14 of 14
American LegalNet, Inc.
www.FormsWorkFlow.com